IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>HERIBERTO ALEMAN-AGUERO<br><br>   Defendant. | Case No. 4:12-CR-109-BLW<br><br>**ORDER** |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to continue sentencing (docket no. 31) is GRANTED. The sentencing now set for March 4, 2013, is VACATED and a new sentencing date is set for **April 29, 2013 at 4:00 pm in the Federal Courthouse in Pocatello Idaho.**

DATED:  February 18, 2013

B. LYNN WINMILL
Chief Judge
United States District Court

Order - 1