UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HERIBERTO ALEMAN-AGUERO, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) | Case No. 4: 12-CR-109-BLW <br><br> **FINAL ORDER OF FORFEITURE** |

WHEREAS, on February 11, 2013, this Court entered a Preliminary Order of Forfeiture (ECF No. 30) pursuant to the provisions of 18 U.S.C. § 2253 and based upon the Rule 11 Plea Agreement (ECF No. 21) entered into in the above case between HERIBERTO ALEMAN-AGUERO and the United States on October 31, 2012, forfeiting the properties described in the Forfeiture Allegation of the Indictment and as set out in the Preliminary Order;

WHEREAS, the United States caused notice of the above-referenced

forfeiture order to be published and sent in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as required by Rule 32.2(b)(6)(C);

AND WHEREAS, no claims were filed.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture (ECF No. 38) is GRANTED. The Court further finds that the United States Attorney General (or a designee) is designated to forthwith seize all of the forfeited properties, not heretofore seized, which are described below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That the right, title and interest to the hereinafter described property is hereby condemned, forfeited and vested in the United States, and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

**Subject Property:**

1. A Motorola A855 (Droid) cellular telephone, MSN K376NLD2DJ,
   MEID HEX A00000222A5D41, bearing a manufacturer's label

FINAL ORDER OF FORFEITURE - 2

"Assembled in CHINA;" and

2. A 16 gigabyte MicroSD HC card, serial number 1020CZ0368H bearing a manufacturer's label "JAPAN."

IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

DATED: June 27, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

FINAL ORDER OF FORFEITURE - 3